IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| ED TRAMUTOLO and RACHEL TRAMUTOLO, <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL CREDIT AND COLLECTIONS CORPORATION and SIZABA THABO <br><br> Defendants. | Case No. 6:08-cv-1049-TMP |

### ORDER OF DISMISSAL WITH PREJUDICE

On July 31, 2008, the parties in the above-styled action jointly filed their stipulation of dismissal with prejudice. On the joint stipulation, it is, therefore, ORDERED, that the above-styled action is due to be and hereby is DISMISSED WITH PREJUDICE, with each party bearing her or its own costs, expenses, and attorney's fees.

DATED this the ___31st___ day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE